CCS USA ESTABLISHED 1969

# CREDIT COLLECTION SERVICES

725 Canton Street, Norwood, MA 02062 • 800.708.5984
Fax Number: (617) 658-5714 (use this notice as cover sheet)
Self-service: www.ccspayment.com
Mon-Fri: 8AM-Midnight, Sat: 9AM-5:30PM, ET
**CALL CENTER SUPPORT: 1 (617) 581-1083**

ACA INTERNATIONAL The Association of Credit and Collection Professionals Member

Date: 09/09/16
File Number: 08 0545 92674
401656032770

10383 D62535H 01-01-0-01
19347 1 AT 0.396 T 69

TERI FREUND
471 NW CORNELL AVE
PORT ST LUCIE FL 34983-1113

| CREDITOR: | AMOUNT OF THE DEBT: |
|---|---|
| LABCORP | $705.00 |

00991213

## COLLECTION NOTICE - COLLECTION NOTICE

Your account was previously listed with another collection firm and re-assigned to this office for recovery. Please remit payment in the envelope provided or visit our self-service website @ **www.ccspayment.com**.

If you have any questions, concerns, or would simply like personal assistance, our Customer Service Agents are available during the hours listed above. Thank you.

We are required to make the following statement: This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

**FEDERAL LAW:** Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor if different from the current creditor. This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication has been sent by a debt collector.

**SELF-SERVICE WEBSITE:** Our self-service website offers the ability to pay-in-full by check or credit card, agree to a payment plan, print a scheduled payment voucher(s) to mail with payment to this office, print a payment-in-full receipt for your records, review payment history and account status, opt-in to email messaging, obtain help desk information, and more.

**SENDING CORRESPONDENCE:** Very important; attach a copy of this notice as your cover sheet when faxing or mailing. Fax to: (617) 658-5714. Mail to: CCS P.O. Box 337, Norwood, MA 02062-0337. Remittance Stub: CCS may process payment as a one time electronic funds withdrawal using the account information from your check.

## PLEASE ENCLOSE BOTTOM PORTION WITH PAYMENT

File Number: 08 0545 92674
Pin Number: 65037
TERI FREUND

**PLEASE PAY THIS AMOUNT:**
**$705.00**

• Please write your File Number on check (shaded box above). Do not mail post-date checks (call for assistance).
• CCS may process payment as a one-time electronic funds withdrawal using information from your check.

**CHECK-BY-PHONE AND CREDIT CARD ACCOMMODATION**

Please remit payment by mail. To expedite payment by check or credit card, you may call (800) 708-5984 for personal assistance. Our Customer Service Agents are available during extended business hours. Furthermore, you have the option to process payment via our full service payment website.

**SELF SERVICE OPTIONS AVAILABLE ONLINE**

**CCS**
**PAYMENT PROCESSING CENTER**
**P.O. BOX 55126**
**BOSTON, MA 02205-5126**

898880099054592674000705009